**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ENPULZ AUTOMOTIVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY and KIA CORPORATION,<br><br>Defendants. | ) | Case No. 2:26-cv-00<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Enpulz Automotive LLC ("Enpulz" or "Plaintiff") for its Complaint against Hyundai Motor Company and Kia Corporation (collectively, "Hyundai" or "Defendants") for patent infringement alleges as follows:

**THE PARTIES**

1. Enpulz is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 700 South Central Expressway, Suite 400 PMB 299, Allen, TX 75013.

2. On information and belief, Defendant Hyundai Motor Company is a Korean corporation, with its principal place of business located at 12 Heolleung-ro Seocho-gu Seoul 06797, Republic of Korea. Upon information and belief, Hyundai Motor Company does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

3. On information and belief, Defendant Kia Corporation is a Korean corporation, with its principal place of business located at 730-7 Mok-dong, Yangcheon-gu Seoul, Seoul, 07946

Republic of Korea. On information and belief, Defendant Kia Corporation does business in Texas and in the Eastern District of Texas, directly or through intermediaries.

4. On information and belief, Defendants do business in Texas and in the Eastern District of Texas, directly or through intermediaries. On information and belief, Defendants directly and/or indirectly develop, design, manufacture, use, distribute, market, offer for sale, and/or sell infringing products and services in the United States, including in the Eastern District of Texas, and otherwise directs infringing activities to this District in connection with their products and services.

5. Defendants operate in the United States, and in Texas, including in the Eastern District of Texas, by testing and demonstrating the use of the Accused Products (defined below), as well as other technologies. For example, in 2005, Defendants opened a testing facility in California City, California, called the California Proving Ground. Since its opening, the California Proving Ground "has seen more than 5,000 Hyundai Motor, Kia, and Genesis vehicles undergo rigorous testing on a variety of roads and in extreme conditions to ensure their quality, durability, reliability, and safety." Based in the Mojave Desert, the 4,500-acre facility "serves as the center for Hyundai Motor, Kia, and Genesis vehicle evaluation operations in North America." This facility is one of several facilities "in the United States dedicated to design, technology and engineering of Hyundai Motor Group (HMG) vehicles." Other facilities in the United States that serve to support new model development of Defendants' vehicles sold in North America, at the direction of Defendants, and to support "global programs from dedicated engineering facilities and support staff at affiliate sites located throughout the United States" include at least the following[1]:

[1] https://www.hyundai.com/worldwide/en/newsroom/detail/hyundai-motor-group-celebrates-20-years-of-driving-innovation-at-the-hyundai-california-proving-ground-0000000901

- HATCI HQ (Superior Township, MI) - 220,000-square-foot state-of-the-art engineering and technology center.
- Chino Lab (Chino, CA) - specialized research facility focused on powertrain performance tuning, with a special emphasis on eco vehicle applications.
- Hyundai America Design & Engineering Center (Irvine, CA) – 90,000 square-foot, design and technical center fitted with the world's most advanced visualization, graphics and clay modeling technologies.
- North America Quality Center – NAQC (Chino, CA) – center dedicated to quality activities spanning from early prototype, benchmarking activities and pre-production durability.
- CRADLE (Silicon Valley, CA) – home to acceleration programs and next-generation technologies including mobility, electrification, connectivity, and robotics.[2]

6. Hyundai Motor Group's own worldwide website states, "Hyundai Motor Group ***directly or indirectly employs more than 570,000 people in the United States*** and has invested over $20.5 billion in the country since 2002."[3] On information and belief, these employees include employees of Defendants that work and live throughout the United States, at the direction of Defendants, including in the State of Texas and in this District.

7. Members of the Hyundai Motor Group, which include Defendants, such as Hyundai America Technical Center, Inc., list jobs that involve travel to South Korea and North American locations, at the direction of Defendants. Defendants' direct and indirect employees are further required to regularly interface with their Korean counterparts and United States counterparts from the United States, at the direction of Defendants.

---

[2] *Id.*
[3] *Id.*

Ride and Handling Engineer II

Apply now »

**Date:** Aug 12, 2026

**Location:** Irvine, CA, US, 92618

**Company:** Hyundai Motor Company

**Ride and Handling Engineer II**
Hyundai America Technical Center, Inc. (HATCI) is currently looking for a highly motivated and proactive Ride and Handling (Vehicle Dynamics) Engineer II at our Irvine, California facility.

**What You Will Do:**

- Evaluate the performance of Hyundai, Kia, and Genesis prototype and production vehicles for Ride & Handling, as well as other customer related attributes.
- Experience preferred, but interest in damper, electric power steering, spring/bar tuning, and tire development is necessary.
- Perform subjective and objective vehicle evaluations, identify potential customer complaint issues, investigate problem root causes, and propose countermeasures.
- Develop and execute test plans, coordinate test vehicles, and manage supplier activities. Ensure that all projects are completed efficiently and on schedule through effective project management and reporting.
- Benchmark competitive vehicles for trends and technology.
- Interface with counterparts in Korea on are regular basis.
- Organize resources in support of engineers from our global offices in their suspension development.
- Keep inventory of tires between our Irvine and California City locations.
- Plan tire testing throughout the development of each vehicle.
- Analyze customer feedback survey results (IQS, Consumer Report, and internal clinics).
- Interface regularly with Hyundai and Kia affiliates in North America.
- Provide technical support to Hyundai and Kia North American manufacturing plants.
- Support development activities at our Proving Ground in California City, CA.
- Create and present clear and concise technical reports.
- Work in a team environment as well as independently.
- Travel up to 30%, domestically and internationally. [4]

Body Structures Engineer I

Apply now »

**Date:** Aug 8, 2026

**Location:** Superior Charter Township, MI, US, 48198

**Company:** Hyundai Motor Company

**Body Structures Engineer I**
Hyundai America Technical Center, Inc. (HATCI) is looking for an engineer to join the Mid-to-Large-Size Structures Team of the Structures Engineering Design Department, who would support current and future product development efforts concerning upper and under-body systems

**What You Will Do:**

- Design and develop body structure or frame components and systems for new vehicles, including Hyundai, Kia, and Genesis vehicles, with a focus on lightweight, high-strength steel and aluminum materials
- Conduct research and analysis to identify key design requirements and develop innovative solutions for electric vehicle platforms
- Collaborate with cross-functional teams to ensure integration of body structure systems with other vehicle subsystems, including battery systems and electric powertrains
- Support and interface with manufacturing teams and design studios for vehicle development
- Develop and maintain engineering documentation, including design specifications, test plans, and validation reports
- Study and interpret vehicle performance and test results (e.g., FMVSS, IIHS, NVH, R&H, Body Torsional Stiffness, etc.)
- Create and manage a bill of materials with updated weights at each stage of the vehicle development
- Provide technical guidance and support to other engineers and team members
- Participate in benchmarking activities to study structural strategies of competitive OEMs
- Communicate and cooperate closely between North American affiliates and Korean headquarters
- Travel up to 20% of the time, both domestically and internationally
    - South Korea: Travel for early development
    - North American Plants: Travel for pre-production build support [5]

[4] https://careers-americas.hyundai.com/hatci/job/Irvine-Ride-and-Handling-Engineer-II-CA-92618/1276446600/

[5] https://careers-americas.hyundai.com/hatci/job/Superior-Charter-Township-Body-Structures-Engineer-I-MI-48198/1344613800/

8. By way of further example, in or around May 2025, Genesis held a test drive of the newly designed Genesis GV70 in Houston, Texas, as reported on the Hyundai Motor Group website.[6] The event involved a "100-mile drive spanning local roads and highways—an ideal format for experiencing the GV70 in full."[7] The event included a technical presentation from Korean engineers for Genesis.




[6] https://www.hyundaimotorgroup.com/story/CONT0000000000177719
[7] *Id.*



[8]

9. Members of the "Kia research and development team employees" have also attended testing in the United States, at the direction of Defendants, including in Death Valley, California, for the testing of Kia's EV9 SUV.[9]

10. The Hyundai Motor Group website has further stated that "Hyundai/Kia's localized R&D system in the United States, including the Mojave Proving Ground, has led to synergies through close exchanges with Namyang R&D Center, a comprehensive R&D control tower in Korea. The Group's efforts to build great cars continue in many other areas, including the Nürburgring test center in Germany and the establishment of Hyundai Motorsport GmbH."[10]

11. The article about the event on the Hyundai Motor Group website states, "With Korean R&D engineers presenting the details firsthand and a showcase video to support the message, the event helped shape a stronger understanding of Genesis' technological philosophy."[11]

---

[8] *Id.*
[9] https://www.newsweek.com/kia-ev9-vs-desert-stress-testing-electric-suv-extreme-heat-1883446
[10] https://www.hyundaimotorgroup.com/story/CONT0000000000140963
[11] *Id.*

12. Hyundai Mobis, one of the owners of Hyundai Motor Company and an indirect parent of Kia Corporation, also maintains various locations in North America and the United States for research and development, manufacturing, and other operations.[12] On information and belief, various entities under the Hyundai Motor Group, including Defendants, regularly travel to and visit the Hyundai Mobis locations across North America and the United States, to test and develop the Accused Products.

13. Based on the foregoing evidence, and on information and belief, Defendants' employees regularly travel from Korea to collaborate with and work directly with United States employees, at the direction of Defendants, in at least the California Proving Ground and other facilities across the United States, such as in Houston, Texas, including by traveling to the United States to test and develop Defendants' vehicles which are sold throughout the United States. Moreover, on information and belief, Defendants' employees in the United States travel to Korea to further test and develop Defendants' vehicles imported into and sold in and throughout the United States and around the world. *See Longhorn Auto. Grp. LLC v. Mitsubishi Motors Corp.*, No. 2:24-cv-00685-JRG, 2025 WL 3706950, at *2 (E.D. Tex. Dec. 22, 2025) (holding allegations of that defendant directly infringes "through promotional demonstration, testing, repairs, troubleshooting, and instructional guidance in the United States and Texas" sufficient to maintain a claim for direct infringement against a foreign automotive manufacturer) (quotation omitted).

14. On information and belief, Defendants import the Accused Products into the United States, including Texas, such as through the ports in Galveston, Texas.

[12] https://www.mobis.com/en/aboutus/global.do#global0301

## JURISDICTION

15. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1*, et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

16. This Court has personal jurisdiction over Defendants. Defendants regularly conduct business and have committed acts of patent infringement and/or have induced acts of patent infringement by others in this Judicial District and/or have contributed to patent infringement by others in this Judicial District, the State of Texas, and elsewhere in the United States. Moreover, on information and belief, Defendants have purposefully and voluntarily placed their products into the stream of commerce with the expectation that their products will be purchased and used by customers located in the State of Texas and this Judicial District.

17. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391 because, among other things, Defendants are not residents in the United States and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

18. In addition, or in the alternative, this Court has personal jurisdiction over Defendants pursuant to Fed. R. Civ. P. 4(k)(2).

19. Defendants are subject to this Court's jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to their substantial business in this State and Judicial District, including (a) at least part of its past infringing activities, (b) regularly doing or soliciting business in Texas, and/or (c) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas.

## PATENTS-IN-SUIT

20. On July 17, 2018, the United States Patent and Trademark Office duly and legally

issued U.S. Patent No. 10,023,020 (the "'020 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '020 Patent is available at: https://patentimages.storage.googleapis.com/bb/da/e6/85e8c232c0b808/US10023020.pdf.

21. On November 6, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,118,454 (the "'454 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '454 Patent is available at: https://patentimages.storage.googleapis.com/8d/42/cf/8da10912ec23d9/US10118454.pdf.

22. On June 18, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,322,615 (the "'615 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '615 Patent is available at: https://patentimages.storage.googleapis.com/09/6e/88/49812359542fbb/US10322615.pdf.

23. On November 19, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,479,158 (the "'158 Patent") entitled "Look Ahead Vehicle Suspension System." A true and correct copy of the '158 Patent is available at: https://patentimages.storage.googleapis.com/5f/7d/78/77f4b1c2050c24/US10479158.pdf.

24. Enpulz is the sole and exclusive owner of all right, title, and interest in the '020 Patent, the '454 Patent, the '615 Patent, and the '158 Patent (collectively, the "Patents-in-Suit" or "Asserted Patents") and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Enpulz also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

25. Enpulz and any assignees have at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. On information and belief, Enpulz and all

prior assignees have never licensed the Patents-in-Suit.

## FACTUAL ALLEGATIONS

26. The Patents-in-Suit generally relate to systems and methods for sensing and/or imaging upcoming roadway conditions and using that information to proactively and independently adjust a vehicle's suspension before its wheels encounter the detected conditions. The technology described in the Patents-in-Suit was developed by James D. Bennett. For example, this technology is infringed by Hyundai's Adaptive Suspension Systems including, but not limited to, Electronically Controlled Suspension (with and without Road Preview) and Dynamic Stability Damping Control Adaptive Variable Suspension (AVS) Systems, including previous versions thereof, included in vehicles, in all trims and configurations, such as the Genesis GV80, Genesis G80, Genesis GV70, Genesis G90, Genesis GV60, Genesis Electrified G80, Genesis Electrified GV70, Genesis GV80 Coupe, Hyundai Veloster, Hyundai Kona, Hyundai Elantra, Hyundai IONIQ 5, Hyundai IONIQ 6, Hyundai Palisade, Hyundai Santa Cruz, Kia K900, Kia Stinger, Kia EV6, Kia Telluride, and Kia EV9, among other automotive vehicles (collectively, the "Accused Products").

27. Defendants have infringed and continue to infringe the Patents-in-Suit by one or more of making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or importing commercial and personal vehicles, which are used or tested by Defendants and their direct or indirect customers or users in the United States.

## COUNT I
**(Infringement of the '020 Patent)**

28. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

29. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '020 Patent.

30. Defendants have and continue to directly infringe the ’020 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’020 Patent. The Accused Products include, but are not limited to, vehicles with Defendants’ Adaptive Suspension Systems, such as the Electronically Controlled Suspension System (with or without Road Preview), included in all trims and configurations, such as the Genesis G90. The Genesis G90 is exemplary and representative of the Accused Products.

31. For example, Defendants have and continue to directly infringe at least Claim 11 of the ’020 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants’ Adaptive Suspension Systems, such as the Electronically Controlled Suspension System (with or without Road Preview), or equivalent thereof, such as in the Genesis G90, among other products.

32. The Genesis G90 comprises a motor vehicle used on a roadway, the motor vehicle having at least a front tire and a rear tire, the motor vehicle comprising: processing circuitry; a first adjustable suspension assembly associated with the front tire; a second adjustable suspension assembly associated with a rear tire, the first adjustable suspension assembly and the second adjustable suspension assembly being independently adjustable in response to signals from the processing circuitry. For example, the Genesis G90 has an advanced suspension system called Electronically Controlled Suspension System with Road Preview.




FEATURE SPOTLIGHT

ELECTRONICALLY CONTROLLED SUSPENSION

Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact. [13]

Preview ECS comes with a high-performance electronic control unit (ECU), which performs calculations up to 100 times per second. Based on the results, Preview ECS adjusts the damping force at 0.001-second intervals, effectively reducing shock and vibration for an exceptionally comfortable ride experience. [14]

[13] https://www.genesis.com/us/en/g90
[14] https://newsroom.genesis.com/taking-safety-to-new-heights-with-optical-technology/



[15]



[16]

[15] https://www.youtube.com/watch?v=FARPRTGoAmM, timestamp [2:09] of [3:30].
[16] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/air_suspension.html?diagram=5455811

**Diagram (1 of 1)**: REAR SUSPENSION CONTROL ARM


[17]

**Diagram (1 of 1)**: FRONT SUSPENSION CONTROL ARM


[18]

[17] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai genesis_g90/chassis/rear_suspension_control_arm.html
[18] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/front_suspension_control_arm.html

> Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.
>
> For added driving stability, the G90 also features Multi Chamber air suspension, which alters air pressure in the air springs. Three settings are available depending on driving conditions. When driving at high speeds, the air suspension system lowers the height of the vehicle to reduce wind resistance, improving fuel efficiency and ultimately providing a more stable driving experience. When driving on rough or uneven surfaces, the feature heightens the car to protect its undercarriage and cut down on vibrations from the road. Also, the vehicle's height can stay at a certain level regardless of changes in weight from passengers or luggage. This allows for a more comfortable ride while securing stable control of the vehicle.
>
> The G90 also includes a feature that manages the air suspension according to road conditions, helping drivers navigate speed bumps, ramps, and rough roads. This technology controls the damping and height of the suspension by identifying the environment in front of the vehicle with information gathered from a front camera and from the navigation system, providing customers with a comfortable ride.
>
> If it detects a bump ahead in the road, 100 m before contact the vehicle elevates the front wheels 10 mm and optimizes the Preview-Electronic Control Suspension (Preview-ECS). This reduces the shock so that passengers are not jolted as much.

> In addition, using sensors, the car can elevate the front wheels when it's going down a steep slope. This provides stronger suspension to prevent damage from contact between the flat road and the undercarriage after the slope. When driving on rough roads, the feature heightens the car by 25 mm at both ends, the front wheels and the rear wheels, to protect its undercarriage from touching the surface of the road and ensure a stable driving experience.

[19]

33. The Genesis G90 comprises a front reflection sensor disposed to collect first information about a first portion of the roadway, the first portion of the roadway being located in front of the front tire. For example, the Electronically Controlled Suspension System ("ECS") with Road Preview uses the vehicle's front camera to monitor the road ahead (e.g., potholes, bumps, etc.). The ADAS features also use the camera for detecting potential hazards such as humans and other vehicles in front of the vehicle.

> Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.

[20]

[19] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/
[20] *Id.*

FEATURE SPOTLIGHT

ELECTRONICALLY CONTROLLED SUSPENSION

Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact. [21]

Ride comfort is further optimized by an Electronically Controlled Suspension with Road Preview that scans the road ahead and instantly makes micro-adjustments. An available Multi-Chamber Air Suspension lowers the G90 at higher speeds for stability, and raises the ride height over rough terrain in sync with your chosen drive mode. [22]

[21] https://www.genesis.com/us/en/g90

[22] https://www.genesis.com/content/dam/genesis/us/com/pdf/2023/2023-Genesis-G90-Brochure-vFinal.pdf, at 5.

Electronically Controlled Suspension with Road Preview controls the vehicle suspension automatically using the front view camera and vehicle sensors to maximize driving comfort by taking into account the driving conditions such as speed, surface of the road, cornering, stopping requirements and acceleration.

***Front View Camera***




①: Front view camera

The front view camera is a sensor that detects the front road. If the windshield or the front view camera is covered with snow, rain or foreign matters, the data collected by the camera is limited due to the degradation of the camera's performance. Always keep the front view camera clean.[23]

34. The Genesis G90 comprises the processing circuitry being configured to receive and analyze the first information to identify a roadway characteristic; the processing circuitry being further configured to respond to the identification of the roadway characteristic by: determining whether and when to direct a first adjustment of the first adjustable suspension assembly and a second adjustment of the second adjustable suspension assembly, the second adjustment being coordinated with and independent of the first adjustment in an attempt to accommodate the roadway characteristic. For example, the Genesis G90's ECS with Road Preview uses the vehicle's processing circuitry (e.g., one or more Electronic Control Units (ECU)) to determine when to adjust the vehicle's suspension system. ECS with Road Preview considers the road conditions captured by the camera, the driving speed, and driving conditions to determine the changes in the

[23] *See* Genesis G90 2023 Owner's Manual at 341 of 666, available at: https://www.genesis.com/ca/en/owners/owners-resources/vehicle-manuals.html.

suspension system.

Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.

For added driving stability, the G90 also features Multi Chamber air suspension, which alters air pressure in the air springs. Three settings are available depending on driving conditions. When driving at high speeds, the air suspension system lowers the height of the vehicle to reduce wind resistance, improving fuel efficiency and ultimately providing a more stable driving experience. When driving on rough or uneven surfaces, the feature heightens the car to protect its undercarriage and cut down on vibrations from the road. Also, the vehicle's height can stay at a certain level regardless of changes in weight from passengers or luggage. This allows for a more comfortable ride while securing stable control of the vehicle.

The G90 also includes a feature that manages the air suspension according to road conditions, helping drivers navigate speed bumps, ramps, and rough roads. This technology controls the damping and height of the suspension by identifying the environment in front of the vehicle with information gathered from a front camera and from the navigation system, providing customers with a comfortable ride.

If it detects a bump ahead in the road, 100 m before contact the vehicle elevates the front wheels 10 mm and optimizes the Preview-Electronic Control Suspension (Preview-ECS). This reduces the shock so that passengers are not jolted as much.

In addition, using sensors, the car can elevate the front wheels when it's going down a steep slope. This provides stronger suspension to prevent damage from contact between the flat road and the undercarriage after the slope. When driving on rough roads, the feature heightens the car by 25 mm at both ends, the front wheels and the rear wheels, to protect its undercarriage from touching the surface of the road and ensure a stable driving experience. [24]

FEATURE SPOTLIGHT

ELECTRONICALLY CONTROLLED SUSPENSION

Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact. [25]

[24] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/
[25] https://www.genesis.com/us/en/g90

> Another technology that leverages front cameras is the Road-Preview Electronic Control Suspension (Preview ECS). By combining front camera data with navigation map information, the system can analyze and evaluate road conditions in real time, adjusting the suspension's damping force accordingly.
>
> Preview ECS comes with a high-performance electronic control unit (ECU), which performs calculations up to 100 times per second. Based on the results, Preview ECS adjusts the damping force at 0.001-second intervals, effectively reducing shock and vibration for an exceptionally comfortable ride experience.

[26]

35. The Genesis G90 comprises the processing circuitry being configured to receive and analyze the first information to identify a roadway characteristic; the processing circuitry being further configured to respond to the identification of the roadway characteristic by: determining whether to invoke an automatic driving function in an attempt to avoid the roadway characteristic; and determining whether to invoke a safety system to prepare for an encounter with the roadway characteristic. For example, the Genesis G90 comes with certain ADAS features, such as Smart Cruise Control, Lane Keep Assist, and Forward Collision-Avoidance utilizing the road conditions captured by the camera (e.g., pedestrians, and other vehicles) and current driving speed to automatically apply brakes, reduce the vehicle's speed and steer the vehicle to avoid accidents.

> SMART CRUISE CONTROL WITH STOP AND GO
>
> Smart Cruise Control with Stop and Go and Curve Control* can reduce speed to handle upcoming curves and uses sensors to help maintain a safe distance from vehicles in front of you.

> FORWARD COLLISION-AVOIDANCE ASSIST
>
> This system is designed to detect potential hazards like pedestrians, cyclists, and vehicles. Cameras and radars scan the surrounding area and alert the driver or apply the brakes to avoid an incident.

[26] https://newsroom.genesis.com/taking-safety-to-new-heights-with-optical-technology/






[27]

36. Defendants have and continue to indirectly infringe one or more claims of the ’020 Patent by knowingly and intentionally inducing others, including Hyundai’s customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

37. Defendants, with knowledge[28] that these products, or the use thereof, infringe the ’020 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’020 Patent by providing these products to customers and end-users for use in an infringing manner.

---

[27] https://www.genesis.com/us/en/g90

[28] Defendant Hyundai Motor Company cited to the ’020 Patent family in connection with several of its own foreign patent applications, including KR102537873B1, which was granted on May 30, 2023, and KR102895460B1, which was granted on December 8, 2025.
Accordingly, at least Defendant Hyundai Motor Company had knowledge of the ’020 Patent no later than May 30, 2023. *See* https://patents.google.com/patent/US10023020B2/en#citedBy.

Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the '020 Patent at least as early as the issuance of the '020 Patent.

38. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '020 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[29] For example, Defendants provide customers and end-users with Owner's Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants' Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System with Road Preview, are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '020 Patent. Alternatively, Defendants' instructional materials, such as the Owner's Manuals, instruct

[29] *See* Genesis G90 Owner's Manual, available at: https://www.genesis.com/ca/en/owners/owners-resources/vehicle-manuals.html.

Defendants' customers and end-users on how to enable the infringing systems, thereby inducing infringement of the '020 Patent.

39. Because of Defendants' inducement, Defendants' customers and end-users use the Accused Products in a way Defendants intend and directly infringe the '020 Patent. Defendants perform these affirmative acts with knowledge of the '020 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '020 Patent.

40. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '020 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '020 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '020 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '020 Patent. The accused components include, but are not limited to, the hardware and software components of the Defendants Adaptive Suspension Systems. Defendants perform these affirmative acts with knowledge of the '020 Patent and with intent, or willful blindness, that they cause the direct infringement of the '020 Patent.

41. Enpulz has suffered damages as a result of Defendants' direct and indirect infringement of the '020 Patent in an amount to be proved at trial.

42. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '020 Patent, for which there is no adequate remedy at law, unless

Defendants' infringement is enjoined by this Court.

**COUNT II**
**(Infringement of the '454 Patent)**

43. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

44. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '454 Patent.

45. Defendants have and continue to directly infringe the '454 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the '454 Patent. The Accused Products include, but are not limited to, vehicles with Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System (with or without Road Preview), included in all trims and configurations, such as the Genesis G90. The Genesis G90 is exemplary and representative of the Accused Products.

46. For example, Defendants have and continue to directly infringe at least Claim 8 of the '454 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System (with or without Road Preview), or equivalent thereof, such as in the Genesis G90, among other products.

47. The Genesis G90 comprises a vehicle configured to move along a roadway that has an upcoming roadway concern located in front of the vehicle, the vehicle comprising: an independently adjustable suspension system. For example, the Genesis G90 has an advanced suspension system called ECS with Road Preview. The vehicle also supports ADAS features such

as Smart Cruise Control, Lane Assist, and Forward Collision Avoidance. ECS with Road Preview uses the vehicle's front camera to monitor the road ahead (for potholes, bumps, etc.). The ADAS features also use the camera for detecting potential hazards such as humans and other vehicles in front of the vehicle.



> FEATURE SPOTLIGHT
>
> ELECTRONICALLY CONTROLLED SUSPENSION
>
> Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact.

> SMART CRUISE CONTROL WITH STOP AND GO
>
> Smart Cruise Control with Stop and Go and Curve Control* can reduce speed to handle upcoming curves and uses sensors to help maintain a safe distance from vehicles in front of you.

[30]

> Preview ECS comes with a high-performance electronic control unit (ECU), which performs calculations up to 100 times per second. Based on the results, Preview ECS adjusts the damping force at 0.001-second intervals, effectively reducing shock and vibration for an exceptionally comfortable ride experience.

[31]

---

[30] https://www.genesis.com/us/en/g90
[31] https://newsroom.genesis.com/taking-safety-to-new-heights-with-optical-technology/

48. By way of further example, the Genesis G90 has an advanced suspension system called ECS with Road Preview. The suspension on the G90 is a multi-chamber air suspension.

> Ultra-precise handling technology and an advanced suspension ensure every ride is a tranquil escape, even when the G90's powerful Twin Turbo engine is fully unleashed. [32]

> Ride comfort is further optimized by an Electronically Controlled Suspension with Road Preview that scans the road ahead and instantly makes micro-adjustments. An available Multi-Chamber Air Suspension lowers the G90 at higher speeds for stability, and raises the ride height over rough terrain in sync with your chosen drive mode. [33]



[34]

[32] https://www.genesis.com/us/en/g90
[33] https://www.genesis.com/content/dam/genesis/us/com/pdf/2023/2023-Genesis-G90-Brochure-vFinal.pdf, at 5.
[34] https://www.youtube.com/watch?v=FARPRTGoAmM, timestamp [2:09] of [3:30].

**Diagram (1 of 2)**: AIR SUSPENSION (01/02)



[35]

**Diagram (1 of 1)**: REAR SUSPENSION CONTROL ARM



[36]

[35] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/air_suspension.html?diagram=5455811
[36] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/rear_suspension_control_arm.html

**Diagram (1 of 1)**: FRONT SUSPENSION CONTROL ARM


[37]

49. The Genesis G90 comprises at least one capture element configured to capture image data corresponding to the roadway. For example, the ECS with Road Preview uses the Genesis G90's front camera to monitor the road ahead (for potholes, bumps, etc.). The ADAS features also use the camera for detecting potential hazards (on the road in front of the vehicle) such as humans and other vehicles in front of the vehicle.

> Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.

[38]

> FORWARD COLLISION-AVOIDANCE ASSIST
>
> This system is designed to detect potential hazards like pedestrians, cyclists, and vehicles. Cameras and radars scan the surrounding area and alert the driver or apply the brakes to avoid an incident.

[39]

[37] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/front_suspension_control_arm.html
[38] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/.
[39] https://www.genesis.com/us/en/g90

> FEATURE SPOTLIGHT
>
> **ELECTRONICALLY CONTROLLED SUSPENSION**
>
> Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact.

[40]

50. The Genesis G90 comprises a processing circuitry, based on current drive control function settings, the captured image data and vehicle motion data, is configured to both: determine whether to automatically adjust the independently adjustable suspension system to adapt to the roadway. For example, the Preview ECS uses the vehicle's processing circuitry (e.g., Electronic Control Unit (ECU)) to automatically adjust the suspension (e.g., determine when to adjust the vehicle's suspension system). Furthermore, Preview ECS considers the captured image data (e.g., road conditions captured by the camera), the current drive control function settings (e.g., driving speed), and vehicle motion data (e.g., driving conditions) to determine the changes in the suspension system.

[40] *Id.*

> Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.
>
> For added driving stability, the G90 also features Multi Chamber air suspension, which alters air pressure in the air springs. Three settings are available depending on driving conditions. When driving at high speeds, the air suspension system lowers the height of the vehicle to reduce wind resistance, improving fuel efficiency and ultimately providing a more stable driving experience. When driving on rough or uneven surfaces, the feature heightens the car to protect its undercarriage and cut down on vibrations from the road. Also, the vehicle's height can stay at a certain level regardless of changes in weight from passengers or luggage. This allows for a more comfortable ride while securing stable control of the vehicle.
>
> The G90 also includes a feature that manages the air suspension according to road conditions, helping drivers navigate speed bumps, ramps, and rough roads. This technology controls the damping and height of the suspension by identifying the environment in front of the vehicle with information gathered from a front camera and from the navigation system, providing customers with a comfortable ride.
>
> If it detects a bump ahead in the road, 100 m before contact the vehicle elevates the front wheels 10 mm and optimizes the Preview-Electronic Control Suspension (Preview-ECS). This reduces the shock so that passengers are not jolted as much.

> In addition, using sensors, the car can elevate the front wheels when it's going down a steep slope. This provides stronger suspension to prevent damage from contact between the flat road and the undercarriage after the slope. When driving on rough roads, the feature heightens the car by 25 mm at both ends, the front wheels and the rear wheels, to protect its undercarriage from touching the surface of the road and ensure a stable driving experience.

[41]

> FEATURE SPOTLIGHT
>
> ELECTRONICALLY CONTROLLED SUSPENSION
>
> Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact.

[42]

[41] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/
[42] https://www.genesis.com/us/en/g90

> Another technology that leverages front cameras is the Road-Preview Electronic Control Suspension (Preview ECS). By combining front camera data with navigation map information, the system can analyze and evaluate road conditions in real time, adjusting the suspension's damping force accordingly.
>
> Preview ECS comes with a high-performance electronic control unit (ECU), which performs calculations up to 100 times per second. Based on the results, Preview ECS adjusts the damping force at 0.001-second intervals, effectively reducing shock and vibration for an exceptionally comfortable ride experience.[43]

51. The Genesis G90 comprises a processing circuitry, based on current drive control function settings, the captured image data and vehicle motion data, and is configured to both: determine, based on the upcoming roadway concern, whether to automatically modify at least one of the current drive control function settings. For example, the ADAS functions such as Smart Cruise Control, Lane Keep Assist, and Forward Collision-Avoidance utilize the road conditions captured by the camera (e.g., pedestrians, and other vehicles), current drive control function setting (e.g., current driving speed) to automatically modify at least one of the current drive control function settings (e.g., automatically apply brakes, reduce the vehicle's speed, and steer the vehicle to avoid accidents).

> SMART CRUISE CONTROL WITH STOP AND GO
>
> Smart Cruise Control with Stop and Go and Curve Control* can reduce speed to handle upcoming curves and uses sensors to help maintain a safe distance from vehicles in front of you.

> FORWARD COLLISION-AVOIDANCE ASSIST
>
> This system is designed to detect potential hazards like pedestrians, cyclists, and vehicles. Cameras and radars scan the surrounding area and alert the driver or apply the brakes to avoid an incident.

[43] https://newsroom.genesis.com/taking-safety-to-new-heights-with-optical-technology/

LANE KEEPING ASSIST

To keep you in the right lane, the system recognises road markings and other vehicles. It automatically steers back should the car drift too far to one side of the lane .

FEATURE SPOTLIGHT

ELECTRONICALLY CONTROLLED SUSPENSION

Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact. [44]

52. Defendants have and continue to indirectly infringe one or more claims of the '454 Patent by knowingly and intentionally inducing others, including Hyundai's customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

53. Defendants, with knowledge[45] that these products, or the use thereof, infringe the '454 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '454 Patent by

[44] https://www.genesis.com/us/en/g90

[45] Defendant Hyundai Motor Company cited to the '454 Patent family in connection with several of its own foreign patent applications, including KR102537873B1, which was granted on May 30, 2023, and KR102895460B1, which was granted on December 8, 2025.
Accordingly, at least Defendant Hyundai Motor Company had knowledge of the '454 Patent no later than May 30, 2023. *See* https://patents.google.com/patent/US10118454B1/en?oq=10%2c118%2c454#citedBy.

providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the '454 Patent at least as early as the issuance of the '454 Patent.

54. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '454 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[46] For example, Defendants provide customers and end-users with Owner's Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants' Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System with Road Preview, are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '454 Patent.

[46] *See* Genesis G90 Owner's Manual, available at: https://www.genesis.com/ca/en/owners/owners-resources/vehicle-manuals.html.

Alternatively, Defendants' instructional materials, such as the Owner's Manuals, instruct Defendants' customers and end-users on how to enable the infringing systems, thereby inducing infringement of the '454 Patent.

55. Because of Defendants' inducement, Defendants' customers and end-users use the Accused Products in a way Defendants intend and directly infringe the '454 Patent. Defendants perform these affirmative acts with knowledge of the '454 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '454 Patent.

56. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '454 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '454 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '454 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '454 Patent. The accused components include, but are not limited to, the hardware and software components of the Defendants Adaptive Suspension Systems. Defendants perform these affirmative acts with knowledge of the '454 Patent and with intent, or willful blindness, that they cause the direct infringement of the '454 Patent.

57. Enpulz has suffered damages as a result of Defendants' direct and indirect infringement of the '454 Patent in an amount to be proved at trial.

58. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of

Defendants' infringement of the '454 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

**COUNT III**
**(Infringement of the '615 Patent)**

59. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

60. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '615 Patent.

61. Defendants have and continue to directly infringe the '615 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the '615 Patent. The Accused Products include, but are not limited to, vehicles with Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System (with or without Road Preview), included in all trims and configurations, such as the Genesis G90. The Genesis G90 is exemplary and representative of the Accused Products.

62. For example, Defendants have and continue to directly infringe at least Claim 7 of the '615 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System (with or without Road Preview), or equivalent thereof, such as in the Genesis G90, among other products.

63. The Genesis G90 performs a method performed by a vehicle configured to move along a roadway, the vehicle having an independently adjustable suspension system associated

with a wheel, the method comprising: detecting defect data associated with a roadway defect in advance of an encounter of the roadway defect with the wheel; gathering motion data associated with the vehicle. For example, the Genesis G90 has an advanced suspension system called ECS with Road Preview. The vehicle also supports ADAS features such as Smart Cruise Control, Lane Assist, and Forward Collision Avoidance. ECS with Road Preview uses the vehicle's front camera to monitor the road ahead (e.g., for potholes, bumps, etc.). The ADAS features also use the camera for detecting potential hazards such as humans and other vehicles in front of the vehicle.



FEATURE SPOTLIGHT

## ELECTRONICALLY CONTROLLED SUSPENSION

Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact.

## SMART CRUISE CONTROL WITH STOP AND GO

Smart Cruise Control with Stop and Go and Curve Control* can reduce speed to handle upcoming curves and uses sensors to help maintain a safe distance from vehicles in front of you.[47]

[47] https://www.genesis.com/us/en/g90

64. By way of further example, the Genesis G90 has an advanced suspension system called ECS with Road Preview. The suspension on the G90 is a multi-chamber air suspension. The front and the rear wheels can be adjusted individually with the help of the front and rear suspension system respectively.

> Ultra-precise handling technology and an advanced suspension ensure every ride is a tranquil escape, even when the G90's powerful Twin Turbo engine is fully unleashed. [48]

> Ride comfort is further optimized by an Electronically Controlled Suspension with Road Preview that scans the road ahead and instantly makes micro-adjustments. An available Multi-Chamber Air Suspension lowers the G90 at higher speeds for stability, and raises the ride height over rough terrain in sync with your chosen drive mode. [49]



[50]

[48] *Id.*
[49] https://www.genesis.com/content/dam/genesis/us/com/pdf/2023/2023-Genesis-G90-Brochure-vFinal.pdf, at 5.
[50] https://www.youtube.com/watch?v=FARPRTGoAmM, timestamp [2:09] of [3:30].



51



52

---

[51] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/air_suspension.html?diagram=5455811

[52] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/rear_suspension_control_arm.html



[53]

65. By way of further example, ECS with Road Preview uses the vehicle's front camera to monitor the road ahead (e.g., for potholes, bumps, etc.). The ADAS features also use the camera for detecting potential hazards (e.g., on the road in front of the vehicle) such as humans and other vehicles in front of the vehicle.

Electronically Controlled Suspension with Road Preview controls the vehicle suspension automatically using the front view camera and vehicle sensors to maximize driving comfort by taking into account the driving conditions such as speed, surface of the road, cornering, stopping requirements and acceleration.

[53] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/front_suspension_control_arm.html

**Additional Height Adjustment Function**

Multi-chamber air suspension recognizes the driving condition to automatically adjust vehicle height, spring stiffness, and shock absorber damping force for driving comfort and vehicle protection. Additional vehicle height adjustment operates automatically depending on various conditions and it is not necessarily displayed to the driver.[54]

Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.

For added driving stability, the G90 also features Multi Chamber air suspension, which alters air pressure in the air springs. Three settings are available depending on driving conditions. When driving at high speeds, the air suspension system lowers the height of the vehicle to reduce wind resistance, improving fuel efficiency and ultimately providing a more stable driving experience. When driving on rough or uneven surfaces, the feature heightens the car to protect its undercarriage and cut down on vibrations from the road. Also, the vehicle's height can stay at a certain level regardless of changes in weight from passengers or luggage. This allows for a more comfortable ride while securing stable control of the vehicle.

The G90 also includes a feature that manages the air suspension according to road conditions, helping drivers navigate speed bumps, ramps, and rough roads. This technology controls the damping and height of the suspension by identifying the environment in front of the vehicle with information gathered from a front camera and from the navigation system, providing customers with a comfortable ride.

If it detects a bump ahead in the road, 100 m before contact the vehicle elevates the front wheels 10 mm and optimizes the Preview-Electronic Control Suspension (Preview-ECS). This reduces the shock so that passengers are not jolted as much.[55]

66. The Genesis G90 performs a step of identifying, in advance of the encounter and based on both the defect data and motion data, suspensions adjustments, and carrying out the suspension adjustments to the independently adjustable suspension system. For example, the Preview ECS considers the road conditions captured by the camera, the driving speed, and driving conditions to determine the changes in the suspension system.

---

[54] https://owners.genesis.com/genesis/us/mygenesis/manuals/glovebox-manual/2023/g90/2023-G90-Owners-Manual.pdf, at 353, 357.

[55] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/

> Electronically Controlled Suspension with Road Preview controls the vehicle suspension automatically using the front view camera and vehicle sensors to maximize driving comfort by taking into account the driving conditions such as speed, surface of the road, cornering, stopping requirements and acceleration.[56]

> Preview ECS comes with a high-performance electronic control unit (ECU), which performs calculations up to 100 times per second. Based on the results, Preview ECS adjusts the damping force at 0.001-second intervals, effectively reducing shock and vibration for an exceptionally comfortable ride experience.[57]

> Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.
>
> For added driving stability, the G90 also features Multi Chamber air suspension, which alters air pressure in the air springs. Three settings are available depending on driving conditions. When driving at high speeds, the air suspension system lowers the height of the vehicle to reduce wind resistance, improving fuel efficiency and ultimately providing a more stable driving experience. When driving on rough or uneven surfaces, the feature heightens the car to protect its undercarriage and cut down on vibrations from the road. Also, the vehicle's height can stay at a certain level regardless of changes in weight from passengers or luggage. This allows for a more comfortable ride while securing stable control of the vehicle.
>
> The G90 also includes a feature that manages the air suspension according to road conditions, helping drivers navigate speed bumps, ramps, and rough roads. This technology controls the damping and height of the suspension by identifying the environment in front of the vehicle with information gathered from a front camera and from the navigation system, providing customers with a comfortable ride.
>
> If it detects a bump ahead in the road, 100 m before contact the vehicle elevates the front wheels 10 mm and optimizes the Preview-Electronic Control Suspension (Preview-ECS). This reduces the shock so that passengers are not jolted as much.[58]

67. Defendants have and continue to indirectly infringe one or more claims of the ’615 Patent by knowingly and intentionally inducing others, including Hyundai’s customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

---

[56] https://owners.genesis.com/genesis/us/mygenesis/manuals/glovebox-manual/2023/g90/2023-G90-Owners-Manual.pdf, at 353.
[57] https://newsroom.genesis.com/taking-safety-to-new-heights-with-optical-technology/
[58] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/

68. Defendants, with knowledge[59] that these products, or the use thereof, infringe the ’615 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the ’615 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants’ specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the ’615 Patent at least as early as the issuance of the ’615 Patent.

69. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the ’615 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants’ websites, product literature and packaging, and other publications.[60] For example, Defendants provide customers and end-users with Owner’s Manuals for their specific vehicles, as well as access to other vehicle information.

[59] Defendant Hyundai Motor Company cited to the ’615 Patent family in connection with several of its own foreign patent applications, including KR102537873B1, which was granted on May 30, 2023, and KR102895460B1, which was granted on December 8, 2025. Accordingly, at least Defendant Hyundai Motor Company had knowledge of the ’615 Patent no later than May 30, 2023. *See* https://patents.google.com/patent/US10322615B2/en?oq=10%2c322%2c615#citedBy.

[60] *See* Genesis G90 Owner’s Manual, available at: https://www.genesis.com/ca/en/owners/owners-resources/vehicle-manuals.html.

On information and belief, Defendants' Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System with Road Preview, are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '615 Patent. Alternatively, Defendants' instructional materials, such as the Owner's Manuals, instruct Defendants' customers and end-users on how to enable the infringing systems, thereby inducing infringement of the '615 Patent.

70. Because of Defendants' inducement, Defendants' customers and end-users use the Accused Products in a way Defendants intend and directly infringe the '615 Patent. Defendants perform these affirmative acts with knowledge of the '615 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '615 Patent.

71. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the '615 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants' affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the Accused Products such that the '615 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the '615 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the '615 Patent. The accused components include, but are not limited to, the hardware and software components of the Defendants Adaptive

Suspension Systems. Defendants perform these affirmative acts with knowledge of the ’615 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’615 Patent.

72. Enpulz has suffered damages as a result of Defendants’ direct and indirect infringement of the ’615 Patent in an amount to be proved at trial.

73. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’615 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

**COUNT IV**
**(Infringement of the ’158 Patent)**

74. Paragraphs 1 through 27 are incorporated by reference as if fully set forth herein.

75. Enpulz has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the ’158 Patent.

76. Defendants have and continue to directly infringe the ’158 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by one or more of making, using, offering to sell, selling, importing into the United States, and/or exporting from the United States the Accused Products that satisfy each and every limitation of one or more claims of the ’158 Patent. The Accused Products include, but are not limited to, vehicles with Defendants’ Adaptive Suspension Systems, such as the Electronically Controlled Suspension System (with or without Road Preview), included in all trims and configurations, such as the Genesis G90. The Genesis G90 is exemplary and representative of the Accused Products.

77. For example, Defendants have and continue to directly infringe at least Claim 1 of the ’158 Patent by making, using, offering to sell, selling, and/or importing the Accused Products into the United States, and/or exporting from the United States the Accused Products that include vehicles with Defendants’ Adaptive Suspension Systems, such as the Electronically Controlled

Suspension System (with or without Road Preview), or equivalent thereof, such as in the Genesis G90, among other products.

78. The Genesis G90 comprises a wheel-based vehicle configured to travel along a roadway environment, the wheel-based vehicle comprising: a first independent suspension element configured to service a first wheel with a first suspension setting; a second independent suspension element configured to service a second wheel with a second suspension setting. For example, the Genesis G90 has an advanced suspension system called ECS with Road Preview. ECS with Road Preview uses the vehicle's front camera to monitor the road ahead (e.g., for potholes, bumps, etc.) and adjust the suspension system.



FEATURE SPOTLIGHT

ELECTRONICALLY CONTROLLED SUSPENSION

Electronically Controlled Suspension with Road Preview* technology reads the road ahead with the G90's front camera and adjusts the suspension to reduce wheel impact if upcoming potholes and speed bumps are detected, helping to optimize ride comfort and minimize impact.

PERFORMANCE

Ultra-precise handling technology and an advanced suspension ensure every ride is a tranquil escape, even when the G90's powerful Twin Turbo engine is fully unleashed.



3.5T E-SUPERCHARGED AWD

| | |
|---|---|
| STARTING MSRP * | $99,500 |
| MPG CITY/HWY * | 17/24 |
| HORSEPOWER * | 409 |

- Multi-Chamber Air Suspension
- Power Reclining Rear Seats w/ Massage Function
- Bang & Olufsen® Premier 3D Sound

[61]

79. By way of further example, the Genesis G90 has independent suspensions for the front wheel and the rear wheel.




[62]

80. By way of further example, when driving at high speed (e.g., on a freeway or highway), the front suspension system lowers the height of the vehicle (e.g., front wheel and/or rear wheel).

> All-New Genesis is equipped with Hyundai's HTRAC all-wheel drive system and multi-link front and rear suspension, ensuring that the plentiful power is transferred to the road even in difficult, slippery conditions,

---

[61] https://www.genesis.com/us/en/g90
[62] https://www.youtube.com/watch?v=FARPRTGoAmM, at [2:09] of [3:30].

> An Intelligent Driving Mode allows drivers to select from three operational modes designed to maximise driving security and pleasure in all conditions and for all driving preferences. Each mode alters transmission mapping, power distribution, throttle responsiveness, stability control and suspension damping settings. Selected modes are applied seamlessly by the HTRAC system.

> The stiffer chassis employs a new front and rear multi-link suspension arrangement, with newly optimised geometry for dynamic performance and ride comfort. Lateral suspension stiffness improvements have been achieved by the use of the fully-independent, five-link front and rear suspension design, with increased [63]

**Diagram (1 of 2)**: AIR SUSPENSION (01/02)



[64]

[63] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90.
[64] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/air_suspension.html?diagram=5455811

**Diagram (1 of 1)**: REAR SUSPENSION CONTROL ARM


[65]

**Diagram (1 of 1)**: FRONT SUSPENSION CONTROL ARM


[66]

81. The Genesis G90 comprises at least one electromagnetic sensing device disposed and configured to capture electromagnetic waves reflected off of the roadway environment. For example, a camera works in the visible light range of the electromagnetic spectrum. The camera detects the condition of the road in front of the vehicle.

[65] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/rear_suspension_control_arm.html
[66] https://www.hyundaipartsdeal.com/parts-list/2023-hyundai-genesis_g90/chassis/front_suspension_control_arm.html

Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.

The G90 also includes a feature that manages the air suspension according to road conditions, helping drivers navigate speed bumps, ramps, and rough roads. This technology controls the damping and height of the suspension by identifying the environment in front of the vehicle with information gathered from a front camera and from the navigation system, providing customers with a comfortable ride. 67

Most cameras capture light from the visible spectrum, while specialized cameras capture other portions of the electromagnetic spectrum, such as infrared.[7]:vii 68

- **Cameras:** High-resolution cameras capture real-time visual data of the road ahead, including lane markings, traffic signals, and other vehicles



69

[67] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/
[68] https://en.wikipedia.org/wiki/Camera
[69] https://www.linkedin.com/pulse/buckle-up-future-in-depth-look-advanced-driver-assistance-sunil-ladwa-r8zfc/



70

82. The Genesis G90 comprises processing circuitry (e.g., Electronic Control Unit) configured to, based on the captured electromagnetic waves and vehicle motion data (e.g., speed of the vehicle, cornering, acceleration, going down a steep slope, or driving on a freeway), predict a first time at which the first wheel will contact a first roadway condition (e.g., 100M before the front wheel of the vehicle contacts the bump), and a second time at which the second wheel will contact a second roadway condition; and the processing circuitry being configured to accommodate the first roadway condition by configuring the first independent suspension element to a third suspension setting (e.g., vehicle/front wheel elevated by 10mm via the suspension system), the third suspension setting differing from the first suspension setting (e.g., lowered height of the vehicle suspension/front wheel in lowered position).

> Preview ECS comes with a high-performance electronic control unit (ECU), which performs calculations up to 100 times per second. Based on the results, Preview ECS adjusts the damping force at 0.001-second intervals, effectively reducing shock and vibration for an exceptionally comfortable ride experience.

71

> Genesis has outfitted the G90 with new suspension technology that offers a smoother ride and better handling performance. It also includes Preview-Electronic Control Suspension (Preview-ECS) as a basic feature, which optimizes control of the suspension by utilizing a front camera and data from the navigation system to recognize road conditions and provide a smooth riding experience in any driving environment.

---

[70] https://perfectprime.com/blogs/blog/how-does-a-thermal-camera-work
[71] https://newsroom.genesis.com/taking-safety-to-new-heights-with-optical-technology/

> If it detects a bump ahead in the road, 100 m before contact the vehicle elevates the front wheels 10 mm and optimizes the Preview-Electronic Control Suspension (Preview-ECS). This reduces the shock so that passengers are not jolted as much.[72]

> Electronically Controlled Suspension with Road Preview controls the vehicle suspension automatically using the front view camera and vehicle sensors to maximize driving comfort by taking into account the driving conditions such as speed, surface of the road, cornering, stopping requirements and acceleration.[73]

83. Defendants have and continue to indirectly infringe one or more claims of the '158 Patent by knowingly and intentionally inducing others, including Hyundai's customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling, and/or importing into the United States products that include infringing technology.

84. Defendants, with knowledge[74] that these products, or the use thereof, infringe the '158 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '158 Patent by providing these products to customers and end-users for use in an infringing manner. Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the

---

[72] https://newsroom.genesis.com/genesis-unveils-new-flagship-luxury-sedan-the-g90/
[73] https://owners.genesis.com/genesis/us/mygenesis/manuals/glovebox-manual/2023/g90/2023-G90-Owners-Manual.pdf, at 353.
[74] Defendants cited directly to the '158 Patent in connection with their own U.S. Patent Publication No. 2022/0105773, which was published on April 7, 2022, and issued as U.S. Patent No. 12,337,640, on June 24, 2025. Indeed, the '158 Patent is listed on the face of Defendants' '640 Patent. Defendants further cited to the '158 Patent family in relation to its foreign patent KR102537873B1, which was published on November 18, 2019, and issued on May 30, 2023. Accordingly, Defendants had knowledge of the '158 Patent no later than April 7, 2022. *See* https://patents.google.com/patent/US10479158B2/en?oq=10%2c479%2c158#citedBy; *see also* https://patentimages.storage.googleapis.com/bb/8c/b3/07b966588e4838/US12337640B2.pdf, at 2.

patents of others, and instructing their officers, agents, and employees to not review the patents of others, including specifically those related to Defendants' specific industry, with the subjective belief that there was a high probability that Defendants would learn of their infringing activities, thereby remaining willfully blind to the '158 Patent at least as early as the issuance of the '158 Patent.

85. Defendants have and continue to induce infringement by others, including customers and end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '158 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' websites, product literature and packaging, and other publications.[75] For example, Defendants provide customers and end-users with Owner's Manuals for their specific vehicles, as well as access to other vehicle information. On information and belief, Defendants' Owner's Manuals and other vehicle information documents are prepared to instruct customers and end-users on how to use the Accused Products in an infringing manner. On information and belief, Defendants' Adaptive Suspension Systems, such as the Electronically Controlled Suspension System with Road Preview, are on automatically, and therefore, the operation of the Accused Products necessarily infringes the '158 Patent. Alternatively, Defendants' instructional materials, such as the Owner's Manuals, instruct Defendants' customers and end-users on how to enable the infringing systems, thereby inducing

---

[75] *See* Genesis G90 Owner's Manual, available at: https://www.genesis.com/ca/en/owners/owners-resources/vehicle-manuals.html.

infringement of the ’158 Patent.

86. Because of Defendants’ inducement, Defendants’ customers and end-users use the Accused Products in a way Defendants intend and directly infringe the ’158 Patent. Defendants perform these affirmative acts with knowledge of the ’158 Patent and with the intent, or willful blindness, that the induced acts directly infringe the ’158 Patent.

87. Defendants have indirectly infringed and continue to indirectly infringe one or more claims of the ’158 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendants’ affirmative acts of selling and offering to sell the Accused Products in this District and elsewhere in the United States and causing the Accused Products to be manufactured, used, sold, and offered for sale contributes to others’ use and manufacture of the Accused Products such that the ’158 Patent is directly infringed by others. The accused components within the Accused Products are material to the invention of the ’158 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendants to be especially made or adapted for use in the infringement of the ’158 Patent. The accused components include, but are not limited to, the hardware and software components of the Defendants Adaptive Suspension Systems. Defendants perform these affirmative acts with knowledge of the ’158 Patent and with intent, or willful blindness, that they cause the direct infringement of the ’158 Patent.

88. Enpulz has suffered damages as a result of Defendants’ direct and indirect infringement of the ’158 Patent in an amount to be proved at trial.

89. Enpulz has suffered, and will continue to suffer, irreparable harm as a result of Defendants’ infringement of the ’158 Patent, for which there is no adequate remedy at law, unless Defendants’ infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Enpulz prays for relief against Defendants as follows:

a. Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of the Patents-in-Suit;

b. An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c. An order awarding damages sufficient to compensate Enpulz for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d. Entry of judgment declaring that this case is exceptional and awarding Enpulz its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e. Such other and further relief as the Court deems just and proper.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580

Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF ENPULZ AUTOMOTIVE LLC***